1  Robert J. Gundert (SBN 104486)
   BORTON PETRINI, LLP
2  Merchants Exchange Building
   465 California Street, Suite 1020
3  San Francisco, CA 94104
   Tel. (415) 677-0730
4  Fax (415) 677-0737

5  Attorney for Defendant
   AURORA LOAN SERVICES, LLC
6  (formerly known as Aurora Loan Services, Inc.)

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANTHONY MALFATTI,                      | Case No. 3:11-cv-00095-MEJ
12 |                    Plaintiff,          | (Hon. Maria-Elena James)
13 | v.                                     | [PROPOSED] ORDER GRANTING
                                            | SUBSTITUTION OF ATTORNEY
14 | AURORA LOAN SERVICES, INC.; and        | Complaint Filed: October 22, 2010
   | DOES 1 to 50, inclusive,               | Trial Date      : None
15 |                    Defendants.         |
16

17         On _____, 2011, Defendant AURORA LOAN SERVICES, LLC filed its Request for

18 an Order for Substitution of Attorney with the Court. A true and correct copy of the Request for an

19 Order for Substitution of Attorney is attached hereto as Exhibit "A." Having considered defendant's

20 request, the Court hereby accepts the Substitution of Attorney for Defendant, and

21         IT IS HEREBY ORDERED THAT:

22         BORTON PETRINI, LLP shall be the attorney of record for Defendant AURORA LOAN

23 SERVICES, LLC, in the place and stead of Akerman Senterfitt, LLP.

24 DATED: January _31_, 2011

25

26         _____
           Judge of the United States District Court
27         Northern District of California

28