Robert J. Gundert (SBN 104486)
BORTON PETRINI, LLP
Merchants Exchange Building
465 California Street, Suite 1020
San Francisco, CA 94104
Tel. (415) 677-0730
Fax (415) 677-0737

Attorney for Defendant
AURORA LOAN SERVICES, LLC
(formerly known as Aurora Loan Services, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MALFATTI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, INC.; and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:11-cv-00095-MEJ<br>(Hon. Maria-Elena James)<br><br>[PROPOSED] ORDER TO ENTER AND TO SERVE AS THE ANSWER TO COMPLAINT, DEFENDANT AURORA LOAN SERVICES, LLC'S ANSWER FILED IN SAN FRANCISCO COUNTY SUPERIOR COURT<br><br>Complaint Filed: October 22, 2010<br>Trial Date　　　: None |

　　　　Defendant AURORA LOAN SERVICES, LLC having hereby requested that the answer filed by the defendant in the San Francisco Superior Court be entered into the Court's docket and serve as the answer to plaintiff's complaint in the removed case, and considered defendants' request and stipulation, finding good cause:

　　　　IT IS HEREBY ORDERED THAT:

　　　　Defendant's answer filed in San Francisco Superior Court is hereby entered and shall serve as the answer to plaintiff's complaint for all purposes in the United States District Court, Northern District of California

DATED: March __23__, 2011

By_____
Judge of the United State District Court
Northern District of California