


1 | Robert J. Gundert (SBN 104486)
  | BORTON PETRINI, LLP
2 | Merchants Exchange Building
  | 465 California Street, Suite 1020
3 | San Francisco, CA 94104
  | Tel. (415) 677-0730
4 | Fax (415) 677-0737

5 | Attorney for Defendant
  | AURORA LOAN SERVICES, LLC
6 | (formerly known as Aurora Loan Services, Inc.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY MALFATTI, | Case No. 3:11-cv-00095-MEJ |
| --- | --- |
| Plaintiff, | (Hon. Maria-Elena James) |
| v. | **[PROPOSED]** ORDER REMANDING CASE TO SUPERIOR COURT STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
| AURORA LOAN SERVICES, INC.; and DOES 1 to 50, inclusive, | |
| Defendants. | Complaint Filed: October 22, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. This action shall immediately be remanded to the Superior Court of California, County of San Francisco;

2. Each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of the action;

3. This Order shall vacate all pending deadlines and hearings in this action scheduled in the United States District Court of California, Northern District.

DATED: July 22, 2011

_____
JUDGE OF THE UNITED STATED DISTRICT COURT

H:\51067--Balboa\65549-Malfatti\Pleadings\ORDER RE STIP AND ORDER REMAND.wpd

1
**ORDER FOR REMAND**